Louis A. PERTILE

v.

WORKMEN'S COMPENSATION AP-
PEAL BOARD (CONSTRUCTION EN-
GINEERING CONSULTANTS, INC.)

Petition of CONSTRUCTION
ENGINEERING CON-
SULTANTS, INC.

Supreme Court of Pennsylvania.

Dec. 12, 1995.

### ORDER

PER CURIAM:

**AND NOW,** this 12th day of December, 1995, the petition for allowance of appeal is granted limited to the issue of whether the Commonwealth Court of Pennsylvania violated the scope of appellate review.

MONTEMURO, J., participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).